BENJAMIN W. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:01MJ2266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER TO UNSEAL |
| v. | ) | CRIMINAL COMPLAINT |
| | ) | AND ARREST WARRANT |
| ANTONIO APARICIO-CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The criminal complaint and arrest warrant in this case, were sealed by Order of this Court

pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. It appears that they no longer

need remain secret.  We request that they be unsealed.

Respectfully Submitted,

DATED:  October 17, 2011          BENJAMIN W. WAGNER
                                                         United States Attorney


                                           By  */S/ Kevin P. Rooney*
                                                         KEVIN P. ROONEY
                                                         Assistant U.S. Attorney

1

1  BENJAMIN W. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO.  1:01MJ2266
                                       )
12              Plaintiff,             )
                                       )  MOTION AND ORDER TO UNSEAL
13       v.                            )  CRIMINAL COMPLAINT
                                       )  AND ARREST WARRANT
14  ANTONIO APARICIO-CONTRERAS,        )
                                       )
15              Defendant.             )
    _____)

16

17       IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed and

18  made public record.

19       IT IS SO ORDERED.

20       **Dated:**   **October 17, 2011**                  **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                           2